THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 20, 2015

G. Michael Halfenger
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | July 13, 2015 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 2014-29136 |
| ADV. CASE NO. | 2014-2579 |
| DEBTOR: | David Novoselsky |
| PLAINTIFF: | Milijana Vlastelica |
| DEFENDANT: | David Novoselsky |
| NATURE OF HEARING: | (1) Final Pretrial conference |
| | (2) Debtor's motion to adjourn the deadlines in the scheduling order |
| APPEARANCES: | Claire Ann Resop, appearing for the debtor |
| | Milijana Vlastelica, *pro se* |
| COURTROOM DEPUTY: | Sara Hackbarth |
| LAW CLERK: | Shay A. Agsten |

    The court held an adjourned pretrial hearing and a hearing on the debtor-defendant's request to adjourn the deadlines in the court's scheduling order. The plaintiff agreed that the court should modify the deadlines to allow the adversary proceeding and the claim objection to be adjudicated simultaneously.

    The court granted that request and consolidated the adjudication of the adversary proceeding and the claim objection. The adversary trial scheduled for July 24,

and all other deadlines listed in the adversary proceeding scheduling order, are vacated. The court set a new schedule to try both the adversary proceeding and the claim objection together.

**IT IS ORDERED** that the deadline for the debtor to implead any parties or commence any actions against third parties that relate to this matter is **September 1, 2015**.

**IT IS FURTHER ORDERED that** that any discovery or exchange of documents relating to the adversary complaint must be completed by **December 1, 2015**.

**IT IS FURTHER ORDERED** that the court will hold a pretrial conference by telephone on **December 14, 2015, at 11:00 a.m.**

# # # # #