

**STEINHILBER SWANSON**
**RESOP & SIPSMA**
ATTORNEYS AT LAW

**Claire Ann Resop**
**direct**: 608.630.8992
**e-mail**: cresop@swansonresop.com

August 27, 2015

<u>via ECF only</u>
Honorable G. Michael Halfenger
U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202-4581

RE: In re Vlastelica/David A. Novoselsky
    Adversary Proceeding Case No. 14-02579

Dear Judge Halfenger:

I am writing to confirm my understanding that the order issued by the Bankruptcy Court on July 13, 2015 is no longer applicable to the parties with regard to the deadlines contained therein. This is of particular immediate concern because of the deadline approaching on September 1, 2015 "to implead any parties or commence any actions against third parties." This adversary proceeding was transmitted to the U.S. District Court on July 28, 2015. Unless advised otherwise, Defendant, David Novoselsky, understands that this matter will be handled by the District Court and different deadlines will be set by that Court.

Additionally, an impleader relates to bringing claims which are property of the estate, and as this is now a Chapter 7 case, are subject to the interests of the Chapter 7 Trustee for the benefit of the estate. If my understanding is incorrect, please advise with sufficient time to comply with the September 1, 2015 deadline.

Thank you.

Sincerely,

Steinhilber, Swanson Resop & Sipsma

*Claire Ann Resop*

Claire Ann Resop

/mjp
cc: David A. Novoselsky (via email)
    Counsel and parties of interest (via ECF distribution)

122 W Washington Avenue Suite 850 • Madison WI 53703-2732
**main**: 608.630.8990 • **fax**: 608.630.8991 • www.swansonresop.com
Case 14-02579-gmh    Doc 26    Filed 08/27/15    Page 1 of 1