THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 12, 2016

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

David Novoselsky,     Case No. 14-29136-GMH

Debtor.     Chapter 7

## ORDER GRANTING MOTION OF MILIJANA VLASTELICA FOR RELIEF FROM THE AUTOMATIC STAY

Pursuant to the motion of Milijana Vlastelica ("Creditor"), for an order for relief from the automatic stay to allow Creditor to continue to litigate against the debtor in Cook County Case No. 10 L 10423 (the "Litigation"); and having received confirmation that the filing fee was paid for the motion for relief;

IT IS ORDERED that relief from the automatic stay imposed by 11 U.S.C. §362(a) is GRANTED to Creditor as to the Litigation, for the reasons stated in the court's April 4, 2016, order.

#####